# MANDATE

SDNY/NYNY
03-CR-1102
Cote

*United States v. Ferreras*, No. 04-4086

## UNITED STATES COURT OF APPEALS

## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of August, two thousand and six.

PRESENT:



      HON. CHESTER J. STRAUB,
      HON. ROSEMARY S. POOLER,
      HON. ROBERT D. SACK,
               *Circuit Judges.*

UNITED STATES OF AMERICA,

      *Appellee,*

                                           **SUMMARY ORDER**
                                              No. 04-6086

v.

EDWIN ALEJANDRO FERRERAS,

      *Defendant-Appellant,*

Robin C. Smith, Brooklyn, NY, for Appellant.

Harry Sandick, Assistant United States Attorney, New York, NY (Celeste L. Koeleveld, Assistant United States Attorney, *of counsel*; Michael J. Garcia, United States Attorney for the Southern District of New York, *on the brief*), for Appellee.

Appeal from a judgment of the United States District Court for the Southern District of New York (Denise L. Cote, *Judge*).

— ISSUED AS MANDATE: 9·8·06 —