UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) NOTICE OF APPEARANCE AND REQUEST |
| v. | ) FOR ELECTRONIC NOTIFICATION |
|  | ) 03 Cr. 1102 (DLC) |
| EDWIN ALEJANDRO FERRERAS, | ) |
|  | ) |
| Defendant. | ) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
   Southern District of New York

by: *Kimberly J. Ravener*

   Kimberly J. Ravener
   Assistant United States Attorney
   (212) 637-2358

TO:   Edwin Alejandro Ferreras, *Pro Se* (by mail)

## AFFIRMATION OF SERVICE

I, Kimberly J. Ravener, affirm under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Southern District of New York.

2. On June 18, 2015, I caused a copy of the foregoing to be served on the defendant via U.S. mail at the following address:

> Edwin A. Ferreras
> #55216-054
> Federal Correction Institution - Loretto
> P.O. Box 1000
> Loretto, PA   15940

Dated: New York, New York
       June 18, 2015

_____
Kimberly J. Ravener
Assistant United States Attorney
(212) 637-2358