

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 13, 2020

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Edwin Alejandro Ferreras,
               03 Cr. 1102 (DLC)

Dear Judge Cote:

      The Government respectfully submits this letter, with the consent of defense counsel, to request an adjournment of the re-sentencing proceeding of the defendant Edwin Alejandro Ferreras, currently scheduled for February 14, 2020. The defendant is currently in immigration custody out of state and additional time is required to produce him in court. The Government respectfully requests that the Court adjourn the matter for a period of approximately 30 days in order to secure the defendant's appearance.

*[Handwritten endorsement: The sentence is adjourned to March 4 at 10:00 am. /s/ Denise Cote 2/14/20]*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/ Kimberly J. Ravener
Kimberly J. Ravener
Assistant United States Attorney
(212) 637-2358

*[Stamp: MEMO ENDORSED]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/14/2020]*

cc:    Darrell Fields, Esq.
        Robert M. Baum, Esq.
        Federal Defenders of New York