**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2020

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007



Re:   <u>United States</u> v. <u>Edwin Alejandro Ferreras</u>,
      03 Cr. 1102 (DLC)

Dear Judge Cote:

The Government respectfully submits this letter, with the consent of defense counsel, to request an adjournment of the re-sentencing proceeding of the defendant Edwin Alejandro Ferreras, currently scheduled for March 5, 2020. The Government secured a writ for the defendant's production on or about February 14, 2020; however, the U.S. Marshals Service ("USMS") has advised that the defendant remains in immigration custody out of state and additional time is required to produce him in court, along with a renewed writ. Based upon the USMS's guidance, the Government respectfully requests that the Court adjourn the matter for a period of at least 30 days in order to secure the defendant's appearance.

*The sentence is rescheduled*
*to 4/10/20 at 11:00 am.*
*Denise Cote*
*3/3/20*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *Kimberly J. Ravener*
    Kimberly J. Ravener
    Assistant United States Attorney
    (212) 637-2358

cc:   Darrell Fields, Esq.
      Robert M. Baum, Esq.
      Federal Defenders of New York