```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
   UNITED STATES OF AMERICA,             :     03Cr1102 (DLC)
                                         :
              -v-                        :     ORDER
                                         :
   EDWIN ALEJANDRO FERRERAS,             :
                                         :
                        Defendant.       :
----------------------------------------X
```

DENISE COTE, District Judge:

On March 12, 2020, the Government informed the Court that the defendant has been deported from the United States. With the consent of defense counsel and at defense counsel's request to waive the defendant's presence at the re-sentencing, the Government requested that the re-sentencing of the defendant proceed as scheduled on April 10, 2020 at 11:00 am. Accordingly, it is hereby

ORDERED that the parties' request is granted. The re-sentencing will proceed telephonically on **April 10, 2020** at **11:00 am**, using the following dial-in credentials:

        Dial-in:      888-363-4749
        Access code:  4324948

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that any opposition to proceeding telephonically is due Wednesday, **April 8, 2020.**

Dated:   New York, New York
         April 6, 2020

                                                    _____
                                                        DENISE COTE
                                           United States District Judge